IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO WATSON**, | : CIVIL ACTION NO. 1:15-CV-1349 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **DETECTIVE TODD WITMER** *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 18th day of August, 2015, upon consideration of the first motion (Doc. 12) to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by defendants Todd Witmer, Lower Paxton Township, David Johnson, and Lower Paxton Township Police Department on August 1, 2015, and upon further consideration of plaintiff's amended complaint (Doc. 17), filed on August 17, 2015, and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of a lawsuit."); 6 CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2014) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1. Defendants shall respond to the amended complaint (Doc. 17) in accordance with the Federal Rules of Civil Procedure.

2. The motion (Doc. 12) to dismiss plaintiff's complaint is DENIED as moot without prejudice.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania