## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO WATSON, | : | CIVIL ACTION NO. 1:15-CV-1349 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| DETECTIVE TODD WITMER, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of April, 2016, upon consideration of the motion (Doc. 22) to dismiss filed by defendants Corporal Todd Witmer, David Johnson, Lower Paxton Township Police Department, and Lower Paxton Township, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  Defendants' motion (Doc. 22) to dismiss is GRANTED in part and DENIED in part as follows:

    a.  Plaintiff's Section 1983 municipal liability claims against Lower Paxton Township Police Department and David Johnson are DISMISSED with prejudice.

    b.  The motion is otherwise DENIED.

2.  Defendants Lower Paxton Township Police Department and David Johnson are DISMISSED with prejudice from the above-captioned matter.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania